NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**QINGDAO TAIFA GROUP CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**v.**

**GLEASON INDUSTRIAL PRODUCTS, INC.
and PRECISION PRODUCTS, INC.,**
*Defendants-Cross Appellants.*

———————————

2011-1595, -1596

———————————

Appeal from the United States Court of International Trade in No. 08-CV-0245, Judge Jane A. Restani.

———————————

**JUDGMENT**

———————————

LOUIS S. MASTRIANI, Adduci, Mastriani & Schaumberg, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was WILLIAM C. SJOBERG.

MICHAEL D. PANZERA, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were TONY WEST,

Assistant Attorney General, JEANNE E. DAVIDSON, Director, PATRICIA M. MCCARTHY, Assistant Director, and STEPHEN C. TOSINI, Senior Trial Counsel.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2012          /s/ Jan Horbaly
Date                        Jan Horbaly
                                 Clerk